# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
January 30, 2019

In re:
    William B. McNamara Jr.
                      Debtor*

Case Number: 19−50107 jam
Chapter: 7

**DEFICIENCY NOTICE AND
NOTICE OF DISMISSAL OF CASE FOR FAILURE TO CURE DEFICIENCY**

      The above−referenced case was commenced on January 29, 2019 (hereafter, the "Petition Date") with the following Petition Date Deficiencies indicated below:

    **I. DOCUMENTS REQUIRED TO BE FILED WITH THE PETITION**

    **NOTICE** is hereby given that in accordance with the applicable provisions of 11 U.S.C. § 521, Federal Rule of Bankruptcy Procedure 1007, and Local Rules of Bankruptcy Procedure 1007(1) and 1007(2), the documents indicated below have not been filed with the Petition:

☐ Statement of Social Security Number (Official Form B121)

☐ List of Creditors/Creditors Uploaded

      **YOU ARE FURTHER NOTIFIED,** failure to cure the above deficiencies within five (5) days of the Petition Date **shall** result in the **DISMISSAL** of your case.

    **II. DOCUMENTS REQUIRED TO BE FILED WITH THE PETITION OR WITHIN FOURTEEN DAYS OF THE PETITION**

    **NOTICE** is hereby given that in accordance with the applicable provisions of 11 U.S.C. § 521, Federal Rule of Bankruptcy Procedure 1007, and Local Rules of Bankruptcy Procedure 1007−1, the documents indicated below, and not filed to date or incorrectly filed to date, must be filed with the Court within fourteen days of the Petition Date:

☐ Schedules A/B, C, D, E/F, G, H, I, J (Official Forms B106A/B−B106J2 for Individuals, Official Forms B206A/B−B206H for Non−Individuals, Schedule C is not required for Non−Individual debtor)

☐ Summary of your Assets and Liabilities and Certain Statistical Information (Official Form B106Sum for Individuals, Official Form B206Sum for Non−Individuals)

☑ Statement of Financial Affairs (Official Form B107 for Individuals, Official Form B207 for Non−Individuals)

☑ Attorney's Disclosure of Compensation (Directors Form B2030)

☐ Credit Counseling Certificate (See 11 U.S.C. § 521 (b)(1)), Motion for Determination of Exigent Circumstances (See § 109(h)(3)), or Motion for Exemption from Credit Counseling (See § 109(h)(4)). See Bankruptcy Rules 1007(b) and (c).

☐ Chapter 7 Statement of your Current Monthly Income and Means−Test Calculation (Chapter 7 Individuals Only)(Official Forms B122A1, B122A−1Supp, B122A−2)

☐ Declaration about Debtor's Schedules (Offical Form B106dec for Individuals, Form B206dec for Non−Individuals)

☐ Bankruptcy Petition Preparers Notice, Declaration and Signature (Official Form B119)

☑ Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B108)

**NOTE:** Statement of intention is required to be filed within thirty (30) days of the Petition Date.

### III.   DISMISSAL OF CASE FOR FAILURE TO CURE DEFICIENCY / DEFICIENCIES

**YOU ARE HEREBY NOTIFIED** failure to timely cure the defiencies noted in Section I and/or Section II **shall** result in the **DISMISSAL** of your case.

**YOU ARE FURTHER NOTIFIED** that if you filed an Application to Pay the Filing Fee in Installments, and you fail to pay the full filing fee by the final installment due date or any due date extended beyond the final installment due date, in accordance with Federal Rules of Bankruptcy Procedure 1006(b), **shall** result in **DISMISSAL** of your case.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: January 30, 2019

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 119 – ts

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.